# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

MARSHA BUCK, TROY LEWIS, JEAN LEWIS, )
MIKE HEAD and JANET HEAD, TODD )
CHOWNING, individually and on behalf of all )
others similarly situated, )
)
      Plaintiffs, ) Case No.: 4:13-cv-00801-TCM
)
vs. )
)
REPUBLIC SERVICES, INC., )
ALLIED SERVICES, LLC, d/b/a Republic Services )
of Bridgeton, and BRIDGETON LANDFILL, LLC, )
)
      Defendants.

## **ORDER**

The parties, Marsha Buck, Troy Lewis, Jean Lewis, Mike Head, Janet Head and Todd Chowning (collectively, "Settling Plaintiffs") and Republic Services, Inc., Allied Services, LLC and Bridgeton Landfill LLC (collectively, "Bridgeton" or "Settling Defendants") having made a Joint Motion to Amend the Settlement Documents ("Joint Motion to Amend"), and the Court having read and considered the Joint Motion to Amend and its Exhibits, and Settling Plaintiffs and the Settling Defendants having consented to the entry of this Order:

IT IS HEREBY ORDERED:

1. The Court has determined, preliminarily, that the Revised Limited Release is fair, reasonable and in the best interest of the Settlement Class, and it is more favorable to the members of the Settlement Class.

2. Therefore, the Joint Motion to Amend and its supporting Exhibits are granted.

1

3. The Court approves the form of the Supplemental Notice of Proposed Class Action Settlement (Exhibit A to the Joint Motion to Amend) and Optional Addendum to Claim Form (Exhibit B to the Joint Motion to Amend), and it directs that Class counsel shall serve same upon the Settlement Class in accordance with the terms and procedures of the Court's Preliminary Approval Order entered April 17, 2014 (Doc. No. 120).

4. The deadlines for members of the Settlement Class to respond to the Settlement have been extended. Members of the Settlement Class shall have until July 18, 2014 to accept the settlement terms and submit their Claim Form and Optional Amendment to Claim Form, object to the proposed settlement or opt out of the proposed settlement.

5. To the extent members submit objections and those objections are overruled at the Final Approval Hearing scheduled for August 1, 2014 at 9:30 a.m., those members submitting objections have until August 8, 2014 to submit a Claim Form and Optional Addendum to Claim Form if the member wishes to participate in the settlement.

6. No other changes have been made to the Court's Preliminary Approval Order entered April 17, 2014, including the procedure to submit an objection or opt out.

THOMAS C. MUMMERT, III
United States Magistrate Judge

Dated this 13th day of June, 2014.